## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

New Morgan Landfill Company, Inc.,    :
               Appellant    :
                     :
              v.         :        No. 149 C.D. 2020
                     :
Berks County Solid Waste Authority   :
and County of Berks, Pennsylvania    :

**PER CURIAM**                  **O R D E R**

NOW, December 6, 2021, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is denied.